IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. DONALD R. GALMINES, | CIVIL ACTION NO. 06-CV-3213 |
| Plaintiff, | |
| v. | |
| NOVARTIS PHARMACEUTICALS, | |
| Defendant. | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the United States of America in the above-captioned matter.

*(signature)*

GREGORY B. DAVID
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Tel: 215-861-8521
Fax: 215-861-8618
Email: gregory.david@usdoj,gov

Dated: 8/23/11

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing Entry of Appearance to be served by first-class United States mail, postage prepaid, upon the following:

Frederick M. Morgan
Morgan Verkamp LLC
700 Walnut St., Suite 400
Cincinnati, OH 35202

Mark P. Weingarten
Stephanie Gail Ebert
Locks Law Firm
601 Walnut St., Suite 720 East
The Curtis Center
Phila., PA 19106

Ronald H. Levine
Post & Shell, P.C.
Four Penn Center
1600 John F. Kennedy Blvd.
Phila., PA 19103

Manvin S. Mayell
Michael A. Rogoff
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022

GREGORY B. DAVID
Assistant United States Attorney

Dated: August 23, 2011