UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, *ex rel.*,
DONALD R. GALMINES, and the States of
California, Delaware, Hawaii, Illinois, Indiana,      Civil Action No. 2:06-cv-03213-GP
Louisiana, Massachusetts, Michigan, Nevada,
New Hampshire, New Mexico, Tennessee, and      Hon. Gene E.K. Pratter
the Commonwealth of Virginia and the District
of Columbia, *et al.*,

        Plaintiffs,

v

NOVARTIS PHARMACEUTICALS
CORPORATION,

        Defendants.

---

## NOTICE OF MULTIPLE-STATE DECLINATION
## AND STATEMENT OF INTEREST

The states of Delaware, Hawaii, Illinois, Massachusetts, Michigan, Nevada, Virginia, and

the District of Columbia ("the named states"), by and through Elizabeth Valentine, Assistant

Attorney General for the State of Michigan as a representative of the National Association of

Medicaid Fraud Control Units (NAMFCU) with respect to this declination, hereby inform the

Court of their decisions not to intervene in this action, pursuant to the federal False Claims Act,

31 U.S.C. § 3730(b)(4)(B), and their respective state false claims acts. Tennessee has filed a

separate notice and the states of Texas and Florida have been voluntarily dismissed from the

case.

    1.     The federal government was notified that this case was unsealed and moving

forward, however, the states were not notified by relator that the case was unsealed, nor have the

states been served with pleadings. By checking the status of the case on PACER, certain states

became aware that the case was unsealed and defendants had filed a Motion for Summary Disposition. This motion is currently pending and scheduled for oral argument in the coming weeks.

2.    The pending Motion for Summary Disposition and supporting memorandum reference certain state statutes and assert that state claims should be dismissed for a various reasons, including because the states failed to intervene. The states were not notified that the seal was lifted and not served with the pleadings in the case. The seal extensions filed by the federal government had included the states. The time for intervention or declination, when the seal was lifted, was not communicated to the states.

3.    Relator raised specific state law claims in the Complaint. Massachusetts and other named states assert that, pursuant to the federal False Claims Act, state false claims act claims may be brought as supplemental state law claims in federal court if they arise from "the same actions or occurrences" as the federal FCA claims. *See* 31 U.S.C. § 3732(b). The states respectfully request that the Court refrain from reaching state-specific issues in ruling on the pending Motion for Summary Disposition.

4.    Although the United States declined intervention and the named states decline to intervene, § 3730(b)(1) allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the Court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Most of the state false claims acts contain similar provisions. Accordingly, the states request that if either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, that this Court solicit the written consent of the states before ruling or granting its approval.

5.      Pursuant to 31 U.S.C. § 3720(c)(3), and their respective state false claims acts, the

named states request that relator serve all future pleadings filed in this action on the states,

including any notice of appeal, and all orders issued by the Court. The states reserve the right to

order deposition transcripts and to intervene in this action, for good cause shown, at a later date.

        A proposed order accompanies this notice.

Dated this 5th day of October, 2011.

                                    Respectfully submitted,

                                    BILL SCHUETTE
                                    Michigan Attorney General

                                    Elizabeth Valentine (P28872)
                                    Assistant Attorney General
                                    Health Care Fraud Division
                                    P.O. Box 30218
                                    Lansing, MI 48909
                                    (517) 241-6500

                                    With permission from and on behalf of
                                    the following states:

                                    Delaware, Hawaii, Illinois, Massachusetts,
                                    Michigan, Nevada, the Commonwealth of
                                    Virginia and the District of Columbia

## PROOF OF SERVICE

I, Veronica L. Kelly, hereby certify that a copy of the foregoing *Notice of Multiple State Declination and Notice of Statement*, via US Mail, postage prepaid on the 5th day of October, 2011, to the following:

Frederick M. Morgan, Jr.
Morgan Verkamp
700 Walnut St., Ste. 400
Cincinnati, OH 45202

Mark Bodner
Chief Assistant Attorney General
Complex Civil Enforcement Bureau
Florida MFCU
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399

Tiphanie Miller
Deputy Attorney General
Delaware MFCU
Office of the Attorney General
820 N. French St., 5th Floor
Wilmington, DE 19801

Mark N. Kemberling
Deputy Director, Nevada MFCU
Office of the Attorney General
555 E. Washington Ave., Suite. 3900
Las Vegas, NV 89101

Jeff Cahill, Director
New Hampshire MFCU
Office of the Attorney General
33 Capital St.
Concord, NH 03301

Elaine Block
Medicaid Fraud Control Unit
DC Office of the Inspector General
717 14th Street NW, 4th Floor
Washington, DC 20005

Brian V. Frankel
Supervising Deputy Attorney General
California MFCU
Office of the Attorney General
1455 Frazee Rd., Suite 315
San Diego, CA 92108

Michael L. Parrish, Director
Hawaii MFCU
Office of the Attorney General
333 Queen St., 10th Floor
Honolulu, HI 96813

Patrick Keenan
Bureau Chief
Illinois MFCU
100 W. Randolph, 12th Floor
Chicago, IL 60601

Albert Lama, Acting Director
New Mexico MFCU
Office of the Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504

4

Nicholas Diez
Assistant Attorney General
Louisiana MFCU
Office of the Attorney General
P.O. Box 94005
Baton Rouge, LA 70804

Erica Bailey
Assistant Attorney General
Virginia MFCU
Office of the Attorney General
900 E. Main St.
Richmond, VA 23219

Peter Coughlan, Senior Counsel
Tennessee MFCU
425 5th Ave., N.
Nashville, TN 37243

Ann Ackil
Assistant Attorney General
Massachusetts MFCU
Office of the Attorney General
One Ashburton Pl., Room 1813
Boston, MA 02108

Ronald H. Levine
Post & Shell, P.C.
Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103

Larry Carcare
Deputy Attorney General
Indiana MFCU
Office of the Attorney General
8005 Castleway Dr.
Indianapolis, IN 46250

Veronica L. Kelly
Health Care Fraud Division
State of Michigan
(517) 241-6500

UNITED STATES OF AMERICA, *ex rel.*,
DONALD R. GALMINES, and the States of
California, Delaware, Hawaii, Illinois, Indiana,     Civil Action No. 06-3213
Louisiana, Massachusetts, Michigan, Nevada,
New Hampshire, New Mexico, Tennessee, and     Hon. Gene Pratter
the Commonwealth of Virginia and the District
of Columbia, *et al.*,

          Plaintiffs,

v

NOVARTIS PHARMACEUTICALS
CORPORATION,

          Defendants.

---

## [PROPOSED] ORDER REGARDING NOTICE OF MULTIPLE STATES DECLINATION AND STATEMENT OF INTEREST

The states of Delaware, Hawaii, Illinois, Massachusetts, Michigan, Nevada, Rhode

Island, Virginia, and the District of Columbia ("the named states") having declined to intervene

in this action pursuant to the False Claims Act 31 U.S.C. §3730(b)(4)(B), and their respective

state false claims acts, the Court ORDERS that:

    1.     Relator shall serve all pleadings filed in this action upon the named states,

including any notice of appeal, and that all orders issued by the Court be sent to counsel for the

named states;

    2.     The named states shall have the right to order any deposition transcripts and to

intervene in this action, for good cause shown, at a later date.

3.      The Court shall solicit the written consent of the named states before this action is dismissed, settled, or otherwise discontinued by relator or defendant.

IT IS SO ORDERED.


Dated: _____                    _____
                                             Hon. Gene Pratter
                                             United States District Judge


CASES/2006-08-5166/LGL/ORDER.DECLINE.111004