IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| *ex rel.* DONALD R. GALMINES, et al., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| NOVARTIS PHARMACEUTICALS | : | NO. 06-3213 |
| CORPORATION, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 23rd day of August, 2013, it is hereby ORDERED that the Defendant's Motion to Certify a Portion of the Court's June 13, 2013 Order for Interlocutory Appeal (Docket No. 74) is DENIED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge