IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| *ex rel.* DONALD R. GALMINES, et al., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| NOVARTIS PHARMACEUTICALS | : | No. 06-3213 |
| CORPORATION | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 4th day of November, 2013, upon consideration of Mr. Galmines's Motion for Reconsideration (Docket No. 77), Novartis's Response thereto (Docket No. 82), and Mr. Galmines's subsequent Reply (Docket No. 84), it is HEREBY ORDERED that the motion is GRANTED IN PART and DENIED IN PART such that Mr. Galmines's claims under Louisiana and Massachusetts law are reinstated.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1