IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *ex rel.* DONALD R. GALMINES, et al., | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| NOVARTIS PHARMACEUTICALS | : | No. 06-3213 |
| CORPORATION, | : | |
| *Defendant*. | : | |

**O R D E R**

**AND NOW**, this 27th day of February, 2014, upon consideration of Mr. Galmines's Motion for Leave to Amend Complaint (Docket No. 106), **the Court hereby ORDERS that** the Motion is GRANTED. Mr. Galmines shall be permitted to file the proposed Fourth Amended Complaint on the docket by March 13, 2015.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge