IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *ex rel.* DONALD R. GALMINES, et al., | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| NOVARTIS PHARMACEUTICALS | : | No. 06-3213 |
| CORPORATION, | : | |
| *Defendant*. | : | |

**O R D E R**

**AND NOW**, this 19th day of August, 2015, upon consideration of Mr. Gorsky's Motion to Quash (Docket No. 131), Mr. Galmines's Response in Opposition thereto (Doc. No. 133), Mr. Gorsky's Reply (Doc. No. 135), and the phone conference held with the litigants on August 4, 2015, the Motion to Quash is **GRANTED** in accordance with the accompanying Memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1